RICHARD M. CASPER, *Appellant*, v. WILLIAMS EQUIPMENT COMPANY, INC., *Respondent*.

Appeal from a judgment of the Superior Court for Spo-

kane County, No. 208260, George T. Shields, J., entered October 24, 1973. *Affirmed* by unpublished per curiam opinion.